IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BENJAMIN                                                                                            PLAINTIFF
ADC #139727

v.                                       NO. 5:13CV00319 JLH/HDY

RAY HOBBS, *et al.*                                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for a temporary restraining order is DENIED. Document #5.

DATED this 16th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE