**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL BENJAMIN                                                                                        PLAINTIFF
ADC #139727

V.                                              NO: 5:13CV00319 JLH/HDY

RAY HOBBS *et al.*                                                                                    DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

    3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Michael Benjamin, currently incarcerated at the Arkansas Department of Correction's Tucker Maximum Security Unit, filed a *pro se* complaint on October 4, 2013, and an amended complaint on October 24, 2013, making multiple claims against 31 Defendants. On October 28, 2013, the Court entered an order directing Plaintiff to file an amended complaint setting forth claims relating only to a single issue or event that he wished to pursue, and explaining how each Defendant who is part of that claim was involved (docket entry #6). That same order warned Plaintiff that his failure to do so within 30 days would result in the recommended dismissal of his complaint. Plaintiff has acknowledged his receipt of the order (docket entry #14).

More than 30 days have passed, and Plaintiff has not filed an amended complaint as ordered. Accordingly, Plaintiff's complaint should be dismissed without prejudice for failure to comply with the Court's order.

IT IS THEREFORE RECOMMENDED THAT:

     1.     Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's order.

     2.     All pending motions be DENIED AS MOOT.

     3.     The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __10__ day of January, 2014.

                                               UNITED STATES MAGISTRATE JUDGE