**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MICHAEL BENJAMIN                                                                                          PLAINTIFF
ADC #139727

V.                                             NO: 5:13CV00319 JLH

RAY HOBBS *et al.*                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge H. David Young, and the objections filed.  After carefully

considering the objections and making a *de novo* review of the record in this case, the Court

concludes that the Proposed Findings and Recommended Disposition should be, and hereby are,

approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to

comply with the Court's order.

2.       All pending motions are DENIED AS MOOT.

3.       The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE