IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BENJAMIN                                                                                       PLAINTIFF
ADC #139727

V.                                      NO: 5:13CV00319 JLH

RAY HOBBS *et al.*                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, Judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of January, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE