**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MICHAEL BENJAMIN                                                                PLAINTIFF
ADC #139727

V.                                          NO: 5:13CV00319 JLH

RAY HOBBS *et al.*                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, Judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE