IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BENJAMIN                                                                                        PLAINTIFF
ADC #139727

v.                                          NO. 5:13CV00319 JLH

RAY HOBBS, *et al.*                                                                                   DEFENDANTS

## ORDER

Michael Benjamin's motion for preliminary injunction and protective order is DENIED inasmuch as this Court lacks jurisdiction because this action is on appeal. Document #37.

IT IS SO ORDERED this 8th day of April, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE